95–550. State ex rel. George v. Internal Revenue Serv. In Mandamus. On motion to vacate action of Internal Revenue Service and return action to Supreme Court of Ohio. Motion denied.

COOK, J., dissents and would take no action.

96–257. Brecksville v. Marchetti. *Cuyahoga County,* Nos. 67719 and 67722. On motion for stay of execution. Motion granted.

PFEIFER and COOK, JJ., dissent.

96–328. State v. Johnson. *Ross County,* No. 94CA2004. This cause is pending before the court as a discretionary appeal and a claimed appeal of right. Upon consideration of appellant's emergency motion for stay of proceedings,

IT IS ORDERED by the court, effective February 15, 1996, that the emergency motion for stay of proceedings be, and hereby is, granted, pending disposition of this cause in this court.

DOUGLAS and F.E. SWEENEY, JJ., dissent.

## MISCELLANEOUS DISMISSALS

95–1779. Columbus Metro. Community Action Org. v. Enyart. *Franklin County,* No. 94APE12–1802. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. On February 9, 1996, appellant filed a merit brief which was due February 7, 1996. S.Ct.Prac.R. XIV(1)(C) prohibits the filing of documents that are not timely tendered for filing. Accordingly,

IT IS ORDERED by the court, *sua sponte,* effective February 15, 1996, that appellant's merit brief be, and hereby is, stricken.

IT IS FURTHER ORDERED by the court, *sua sponte,* that, whereas appellant has not filed a brief in compliance with the Rules of Practice of the Supreme Court of Ohio and therefore has failed to prosecute this cause with the requisite diligence, this case be, and hereby is, dismissed for want of prosecution.

IT IS FURTHER ORDERED that the appellees recover from the appellant their costs herein expended; that a mandate be sent to the Court of Common Pleas of Franklin County to carry this judgment into execution; and that a copy of this entry be certified to the Clerk of the Court of Appeals for Franklin County for entry.

*Wednesday, February 21, 1996*

## MOTION DOCKET

95–2157. Cleveland Elec. Illum. Co. v. Pub. Util. Comm. Public Utilities Commission, Nos. 94–1176–EL–CMR, 94–1177–EL–CMR and 94–578–EL–CMR. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of the motion for leave to intervene by the city of Garfield Heights, Ohio,

IT IS ORDERED by the court that the motion for leave to intervene by the city of Garfield Heights, Ohio, be, and hereby is, granted, effective February 20, 1996, to the extent that the intervention is limited to supporting the commission's decision below and responding to the issues raised by appellant.

PFEIFER, J., would allow intervention with no restrictions.